**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MATTHEW MONGER, | |
| Petitioner, | No. C 06-2794 PJH (PR) |
| v. | **ORDER OF TRANSFER** |
| JeAnne WOODFORD, | |
| Respondent. | |

This is a habeas case attacking a denial of parole. It thus goes to the execution of petitioner's sentence. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence. Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). Petitioner is confined at California State Prison-Solano, which is in the Eastern District, so that is the preferable forum for this case.

Pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this petition is **TRANSFERRED** to the United States District Court for the Eastern District of California.

The clerk shall transfer the case forthwith.

**IT IS SO ORDERED.**

Dated: June 7, 2006.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.06\MONGER794.TRANS